KENDRICK ET AL., APPELLANTS, *v.* CLEVELAND METROPARKS
BOARD OF COMMISSIONERS ET AL., APPELLEES.

[Cite as *Kendrick v. Cleveland Metroparks Bd.
of Commrs.* (1995), 74 Ohio St.3d 152.]

(No. 94–1389—Submitted October 24, 1995—Decided December 6, 1995.)

---

*Sindell, Lowe & Guidubaldi, Daniel M. Sucher* and *Mark L. Wakefield,* for appellants.

*Arter & Hadden, Irene C. Keyse–Walker, Robert C. Tucker* and *Robert J. Hanna,* for appellees.

*Susan K. Pahwa; Kincaid & Randall* and *Samuel B. Randall,* urging affirmance for *amicus curiae,* Columbus and Franklin County Metropolitan Park District.

*Spengler Nathanson, Susan B. Nelson* and *B. Gary McBride,* urging affirmance for *amicus curiae,* Metropolitan Park District of the Toledo Area.

*Betts, Miller & Russo* and *Stephen C. Betts,* urging affirmance for *amicus curiae,* Hancock Park District.

*Jenks, Surdyk & Cowdrey Co., L.P.A., Robert F. Cowdrey* and *Arden Lynn Achenberg,* urging affirmance for *amicus curiae,* Miami Valley Risk Management Association.

*Manchester, Bennett, Powers & Ullman* and *John F. Zimmerman, Jr.,* urging affirmance for *amicus curiae,* Board of Park Commissioners of Mill Creek Metropolitan Park District.

*Thompson, Hine & Flory, Robert M. Curry, Deborah D. Hunt* and *Christine M. McCoy,* urging affirmance for *amici curiae,* Montgomery County Park District, Hamilton County Park District, and Ohio Parks and Recreation Association.

*Thrasher, Dinsmore & Dolan* and *David M. Ondrey,* urging affirmance for *amicus curiae,* Geauga Park District.

*Miller & Kyler Co., L.P.A.,* and *James J. Pringle,* urging affirmance for *amicus curiae,* Muskingum Watershed Conservancy District.

*Malcolm C. Douglas* and *John E. Gotherman,* urging affirmance for *amici curiae,* Ohio Municipal League, Ohio Municipal League Joint Self–Insurance Pool, and cities of Columbus, Cleveland, Cincinnati, and Toledo.

*R. Todd Hunt,* urging affirmance for *amici curiae,* Ohio Township Association and Cuyahoga County Law Directors Association.

*Rademaker, Matty, McClelland & Greve* and *David J. Matty,* urging affirmance for *amicus curiae,* city of Rocky River.

*Murman & Associates* and *Michael E. Murman,* urging affirmance for *amicus curiae,* city of Lakewood.

*Weiler & Weiler* and *Kevin P. Weiler,* urging affirmance for *amicus curiae,* city of Broadview Heights.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.